# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMES T. WILLIAMS

NO. 2021 KW 1253

DECEMBER 20, 2021

---

In Re:    James T. Williams, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 11117.

---

BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.

**WRIT DENIED.**

PMc
JEW
MRT

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT